Teddia Caldwell 17352-027
Metropolitan Correctional Center
71 W Van Buren ST
Chicago IL 60605

Legal Mail

Clerk Office
5400 Federal Plz
Hammond In 46320

46320-184099