TRULINCS 17352027 - CALDWELL, TEDDIA - Unit: CCC-H-A

FILED
MAY 05 2021

FROM: 17352027
TO:
SUBJECT: LETTER OF NOTICE FILED AD HOC
DATE: 04/25/2021 12:49:52 PM

LETTER OF NOTICE FILED AD HOC    CASE NO. 2:18-CR-21

DONE THE 25TH DAY OF APRIL, 2021

TO: UNITED STATES DISTRICT COURT JUDGE
PHILLIP P. SIMON

I HAVE BEEN INFORMED THAT MY CASE HAS BEEN ASSIGNED TO YOUR COURT ROOM. I HAVE BEEN INCARCERATED FOR OVER 3 YEARS. ON THE 21ST DAY OF DECEMBER, 2018 MAGISTRATE JUDGE ANDREW P. RODOVICH ISSUED A ORDER FOR THE GOVERNMENT TO TURN OVER ALL INFORMATION CONCERNING THE VICTIMS AKHEEM OLIVER AND KEVIN HOOD, ALONG WITH EYEWITNESSES TO THE SHOOTINGS AND ANY OTHER GOVERNMENT WITNESSES. THE GOVERNMENT EMPLOYED INFORMANTS IN PUTTING IT'S CASE TOGETHER. THE GOVERNMENT IS TO PROVIDE CALDWELL WITH ALL CRIMINAL HISTORY AND BACKGROUND INFORMATION KNOW TO THE GOVERNMENT CONCERNING IT'S INFORMANT RUSSELL PEOPLES AND ANY OTHER INFORMANTS THE GOVERNMENT USED IN PUTTING IT'S CASE TOGETHER DOC#(182)COURT ORDER. I HAVE SUPPLIED MY ATTORNEYS AND INVESTIGATOR A LIST OF THINGS THAT FALL IN THE SCOPE OF THE ORDER SEVERAL TIMES. THI RESPONSE I HAVE RECEIVED FROM MY ATTORNEY FOR THE PAST TWO YEARS IS IT TAKES TIME AND I HAVE TO B PATIENT. TWO YEARS IS MORE THEN ENOUGH TIME OF BEING PATIENT, FOR THE GOVERNMENT TO COMPLY WITH A JUDGES ORDER. I ALSO FILED A LETTER OF NOTICE DOC#(296) ON THE 24TH DAY OF JUNE, 2019. THAT LETTER OF NOTICE WAS FOR ME TO PUT ON THE RECORD I DO NOT WISH TO EXCLUDE ANYMORE TIME IN THIS MATTER AND WISHED TO PROCEED TO TRIAL OCT 7, 2019. MY LETTER WAS STRICKEN AND AGAINST MY WISHES AND RIGHTS MY TRIAL WAS CONTINUED. I FEEL THERE IS SOME LOYALTY BETWEEN MY LAWYERS AND THE GOVERNMENT AND HE DOES NOT WANT TO TO AGGRESSIVELY PURSUE THE THINGS I AM ENTITLED TO. MY LAWYER IS GIVING THE GOVERNMENT THE COURTESY OF ALLOWING TIME TO PROVIDE THIS INFORMATION WITHOUT INVOLVING THE COURT. I AM BEGINNING TO FEEL THIS MAY BECOME A PROBLEM WHEN WE GET TO MOTIONS IN LIMINE AND TRIAL. MOST PEOPLE IN MY SITUATION WOULD START TO HAVE CONCERNS AFTER 3 YEARS OF GETTING THE SAME ANSWERS. I AM ALSO ENCLOSING A SHORT LIST OF THINGS I HAVE BEEN ASKING FOR.

ISSUED IN GOOD FAITH, WELL AND TRULY MADE WITH CLEAN HANDS WITHOUT PREJUDICE,

BY _Teddy Caldwell_
TEDDIA CALDWELL 17352-027
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN ST
CHICAGO IL 60605

TRULINCS 17352027 - CALDWELL, TEDDIA - Unit: CCC-I-A

----------------------------------------------------------------------------------

FROM: 17352027
TO:
SUBJECT: LETTER OF NOTICE
DATE: 06/24/2019 09:09:23 PM

LETTER OF NOTICE

TO: UNITED STATES MAGISTRATE JUDGE
    ANDREW P. RODOVICH

DONE THE 24TH DAY OF JUNE, 2019

CASE NO. 2:18-CR-21

    MY SCHEDULED DATE FOR TRIAL IS OCTOBER 7,2019. I WAS IN COURT JUNE 3,2019 I WAS ADVISED THERE WAS NO MORE DISCOVERY TO TENDER INVOLVING ME THEREFORE THE COMPLEXITY OF THE CASE SHOULD NO LONGER BE A ISSUE. PLEASE BE ADVISED THAT I DO NOT WISH TO EXCLUDE ANYMORE TIME IN THIS MATTER AND WOULD LIKE TO PROCEED TO TRIAL ON MY SCHEDULED DATE: THIS IS NOT A MOTION JUST WOULD LIKE TO MAKE THE COURT AWARE OF MY POSITION IN THIS MATTER. I HAVE RELAYED THIS INFORMATION TO MY COUNSEL, BUT WOULD I WOULD LIKE TO HAVE IT ADDED TO MY COURT DOCKET.

    ISSUED IN GOOD FAITH, WELL AND TRULY MADE WITH CLEAN HANDS.
    WITHOUT PREJUDICE,
    BY: _____
    TEDDIA CALDWELL

TRULINCS 17352027 - CALDWELL, TEDDIA - Unit: CCC-I-A

----

FROM: Maksimovich, John
TO: 17352027
SUBJECT: RE: COURT
DATE: 10/16/2019 02:36:09 PM

Teddy;

Arlington and I will be up to see you and we can discuss your concerns. Corrilinks is not an appropriate means for discussion. See you soon.

TEDDIA CALDWELL on 10/16/2019 10:50:49 AM wrote
GOOD MORNING JOHN;
 I HAVE BEEN INFORMED THAT THE TRIAL DATE HAS BEEN SET FOR MAY 11, 2020 WHICH I AM VERY UPSET ABOUT. I HAVE EXPRESSED MY DESIRE SEVERAL TIMES TO HAVE A FAST AND SPEEDY TRIAL, I AM STARTING TO SEE I HAVE NO RIGHTS BECAUSE I AM NOT ENTITLED TO THAT. WE WERE SET FOR TRIAL OCT 7, 2019, WHEN THE GOVERNMENT ARRESTED ME THEY SHOULD HAVE BEEN IN POSITION TO PROCEED TO TRIAL WITHIN 70 DAYS. THE ONLY WAY I CAN LOOK AT THIS IS THAT WE ARE JUST ALLOWING THE GOVERNMENT TO CLEAN UP THERE MESS. ITS BEEN MONTHS THEY WONT GIVE ME THE DISC I ASKED FOR WHICH I KNOW THEY DO BECAUSE OTHERS FROM HAMMOND DISTRICT IN THIS BUILDING HAVE DISC. I WOULD RATHER I JUST BE TOLD THIS IS ALL A SETUP AND TO GO SIT DOWN SOMEWHERE. I AM NOT ENTITLED TO GO TO ANY OF MY COURT HEARINGS AND NOW I SEE WHY, SO I HAVE NO SAY ABOUT ANYTHING WE DON'T HAVE ANY MAJOR ISSUES TO ARGUE BEFORE TRIAL SO I DON'T UNDERSTAND THE REASON FOR THE LINGERING. WHAT I DO SEE IS THAT WE ARE SITTING BACK WHILE THE GOVERNMENT DO AS THEY PLEASE TO MAKE SURE THEY HAVE A STRONG CASE WHILE WE DO NOTHING TO PUT ANY PRESSURE ON THEM TO COME WITH WHAT THEY HAVE. I HAVE NEVER BEEN TO LAW SCHOOL BUT IM SURE I COULD CONVICT A PERSON IF I WAS ALLOWED TO VIOLATE ALL YOUR RIGHTS. IM NOT TRYING TO COME OFF WRONG I JUST FEEL THIS IS SOME BS AND WE ARE AGREEING WITH IT BECAUSE WE ARE NOT PUTTING UP A FIGHT OR ARGUMENT AGAINST IT. THERE SUPERSTAR WITNESS HAS STEADY BEEN GETTING INTO TROUBLE AND THAT FINE, BUT ITS LIKE WE ARE GIVING THEM TIME TO CLEAN ALL THAT UP IM REALLY JUST NOT UNDERSTANDING.

Correspondence Between Myself and My Attorney as far as me wanting a fast and speed trial, Not wishing to exclude anymore time

TRULINCS 17352027 - CALDWELL, TEDDIA - Unit: CCC-H-A

---

FROM: 17352027
TO:
SUBJECT:
DATE: 04/12/2021 01:53:09 PM

1) Need all the information the government has as to Russell peoples having a federal number (18062-027)

2) Need all the information on the police report from Munster police report dated July 24, 2017 when a victim reported their stolen vehicle with Russell peoples registration plate

3) Need all the information on a second police raid on Cornell Allen house on 1748 Roosevelt St by the FBI Grit, where drugs and a handgun was found. He became a government witness and no charges came from that raid

4) Need the DMV transactions for Russell Peoples from the Hammond Branch on July 17 2017 and July 29 2017

5) Need all the DMV transactions for passion peoples during the years of 2016 until 2018. These records will show other vehicles that Russell peoples had control over during the times of these crimes

6) A search warrant was issued in the United States District Court for the Northern District of Indiana on January 9, 2018, the search was for the phone number (404) 952-6118. This number belongs to Russell peoples I need all the information that was obtained from this search

7) On the 21st day of December 2018 United States Magistrate Judge Andrew P. Rodovich issued a order for the government turn over all information known to the government concerning victims Akheem Oliver and Kevin Hood, along with eyewitnesses to the shootings and any other government witnesses. The government employed informants in putting its case together, the government is to provide Caldwell with all criminal history and background information known to the government concerning its informant Russell peoples and any other informant the government used in putting its case together

8) Need the information when the owner of the house on 25th and Jefferson st Herman Kendrick was questioned by FBI Grit and was asked was Teddia Caldwell the one rented the house and he told them Caldwell was not but they got upset with him after he would not lie and say yes.

Need background on the # (708) 627-1240 in December 2018. This is the number David Handaway was texting me on while at MCC Chicago on Corrlinks

9) Russell stated I was at the carwash the morning Oliver was killed. That statement was not true I was at home in bed when I was called by Oliver girlfriend and told me he was killed. I got dressed and went to to the scene at was the scene with Oliver girlfriend, mother and the metro Homicide team. I made a statement to the informant (Russell Peoples) while he was wearing a wire to support this. I told him that's why all the police was mad, because Oliver was killed when it came out he was an informant. No one knew he was an informant until after he was murdered

10) Need the information as to Akheem Oliver having a protective order on him by a female he shot through her window in the same apartment complex he was killed at.