Hi My name is maliona im 7 years old Its Been Hard not having MY dad around I miss his comforting when he would rock me in his arms with him in dail I feel like a peice of me missing I know my dad is going thourgh a hard time and i can only hope how much he know he is missed and loved his Presence is in MY heart I pray fo him everyday i wish he was here to read me Bedtime stories and stuff fror His childhood,tell me bedtime stories and tell me goodnight in real life

Maliona Caldwell

1/30/24

Marrion Caldwell
7375 Ridge
Street

1/28/25

-FILED-
FEB 06 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I Miss my Dad more than words can express ever since he went to Jail, life has been Difficult. I never realized how much I Relied on him for support and guidance until he went away everyday feels like a struggle without him By myside I find myself constantly wishing he was here to give me advice, to make me laugh, or simply be there for me the void his absence he has left in me and my sibling life is overwhelmening I try to stay strong and carry on with my daily routine but its hard not to feel the weight of his absence weighing me down i often find myself feeling lost and alone Despite the challages i face without him I know that i must continue to push forward and make the best of the situation I hold onto hope that one Day he can Be released and we can reunited once again until I will cherish the memories we shared

-FILED-
FEB 06 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FILED
FEB 06 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Since my father has been with us it has affected our family emotionally and financially with my mother taking care of me, my sister, and grandma. The toll on my mother has been immense but she works hard to adapt. Since my father has been gone it's left us feeling vulnerable and affected our mental well being and quality of life. The void left by my fathers absence has been overwhelming and depressing.

— Marvay Caldwell