Marshawn Webb
1375 Biggers St
Merrillville IN 46410

46320-1835

Judge Philip P Simon 5400
Federal Plaza
Suite 4400 hammond IN. 46320

CAROL STREAM IL 601
1 FEB 2025 PM 2 L